**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————

**No. 13-7345**

—————

RONALD L. LEGG,

Plaintiff - Appellant,

v.

CHIEF RHODES, of Horry County Police; DETECTIVE NEIL
FREBOWITZ, of Horry County Police,

Defendants – Appellees,

and

W. THOMAS FLOYD, Public Defender; EDWARD ED CHRISCO, Public
Defender,

Defendants.

—————

Appeal from the United States District Court for the District of
South Carolina, at Florence.    Richard Mark Gergel, District
Judge.  (4:12-cv-00811-RMG)

—————

Submitted:  January 23, 2014        Decided:  January 27, 2014

—————

Before WILKINSON and DIAZ, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

—————

Dismissed by unpublished per curiam opinion.

—————

Ronald L. Legg, Appellant Pro Se.  Edgar Lloyd Willcox, II,
WILLCOX BUYCK & WILLIAMS, PA, Florence, South Carolina, for

Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ronald L. Legg seeks to appeal the district court's order adopting the magistrate judge's report and recommendation, granting summary judgment in favor of Defendant Rhodes, denying without prejudice Defendant Frebowitz's motion for summary judgment, and staying the case pending the outcome of Legg's criminal trial. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541, 545-46 (1949). The order Legg seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED